I concur in the result. It is my firm and unwavering judicial opinion that the Constitution of Alabama of 1901 does not provide for equal protection, and that in Alabama since the ratification of the 1901 Constitution the only equal protection is that provided by the 14th Amendment to the Constitution of the United States. Smith v. Schulte, 671 So.2d 1334, 1338-39 (Ala. 1995) (Houston, J., dissenting); Pinto v. Alabama Coalition for Equity,662 So.2d 894, 901-10 (Ala. 1995) (Houston, J., concurring in the result); Moore v. Mobile Infirmary Ass'n, 592 So.2d 156, 174-81
(Ala. 1991) (Houston, J., concurring in the result).
I refuse to strike down a duly enacted statute based upon a nonexistent constitutional provision.